

RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE 9/16/11
BY _____

## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAKE CHARLES  DIVISION

PABLO MERLAN                              CIVIL ACTION NO.  2:10-CV-1646
FED. REG. #30963-177

VS.                                       SECTION P
                                          JUDGE TRIMBLE
JOSEPH P. YOUNG, WARDEN                    MAGISTRATE JUDGE KAY


### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge

previously filed herein, determining that the findings are correct under the applicable law,  and

noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED THAT** the Petition for Writ of *Habeas Corpus* be **DENIED** and

**DISMISSED WITH PREJUDICE** because the Court lacks jurisdiction to consider these

claims.

**THUS DONE AND SIGNED,** in chambers, Lake Charles, Louisiana, on this ___16th___

day of ___September___, 2011.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE